UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMON MOORE,

       Plaintiff,                      Case No. 17-cv-13440
                                          Hon. Matthew F. Leitman

v.

SCOTT STEPHENSON, et al.,

       Defendant.
_____/

## JUDGMENT

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on October 24, 2019:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **DENIED**.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                By: s/Holly A. Monda
                                                       Deputy Clerk

Approved:

s/Matthew F. Leitman                       Dated: October 24, 2019
Matthew F. Leitman                            Flint, Michigan
United States District Court